| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA** |
| Case number *(if known)* _____   Chapter 15 |

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | **BRON Media Holdings USA Corp.** |
| 2. | Debtor's unique identifier | **For non-individual debtors:** <br> ☑ Federal Employer Identification Number **82-5040637** <br> ☐ Other ____. Describe identifier ____. <br> **For individual debtors** <br> ☐ Social Security Number: ____ <br> ☐ Individual Taxpayer Identification Number (ITIN): ____ <br> ☐ Other ____. Describe identifier ____. |
| 3. | Name of foreign representative(s) | **BRON Media Corp.** |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | No. S-235084 <br> Vancouver Registry <br><br> **IN THE SUPREME COURT OF BRITISH COLUMBIA** <br><br> IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT,* <br> R.S.C. 1985, C. C-36, AS AMENDED <br><br> AND <br><br> IN THE MATTER OF THE *BUSINESS CORPORATIONS ACT,* <br> S.B.C. 2002, c. 57, AS AMENDED AND THE BUSINESS CORPORATIONS ACT, R.S.O. 1990, C. B.16, AS AMENDED <br><br> AND <br><br> AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF BRON MEDIA CORP., ET AL |
| 5. | Nature of the foreign proceeding | *Check one:* <br> ☑ Foreign main proceeding <br> ☐ Foreign nonmain proceeding <br> ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. <br> ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. <br> ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. <br> _____ |

| | | |
|---|---|---|
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).<br>☑ Yes |

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

    (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

    (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

    (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

1700-Park Place, 666 Burrard Street, Vancouver, British Columbia
<br>*P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code*

Canada
<br>*Country*

**Individual debtor's habitual residence:**

<br>*P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code*

<br>*Country*

**Address of foreign representative(s):**

1700-Park Place, 666 Burrard Street, Vancouver, British Columbia
<br>*P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code*

Canada
<br>*Country*

---

10. **Debtor's website** (URL) 

---

11. **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

---

Official Form 401　　　　　Chapter 15 Petition for Recognition of a Foreign Proceeding　　　　　page 3

| | |
|---|---|
| 12. **Why is the venue proper in *this district*?** | *Check one:*<br>☑ Debtor's principal place of business or principal assets in the United States are in this district.<br>☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.<br>_____<br>☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:<br>_____ |

---

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct,

**X** **/s/ Aaron L. Gilbert**          **BRON Media Corp. by Aaron L. Gilbert**
Signature of foreign representative          Printed name

Executed on   **July 19, 2023**
              MM / DD / YYYY

**X** _____          _____
Signature of foreign representative          Printed name

Executed on   _____
              MM / DD / YYYY

---

**14. Signature of attorney**

**X** **/s/ Cameron M. McCord**          Date **July 19, 2023**
Signature of Attorney for foreign representative          MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

**404-564-9300**          **info@joneswalden.com**
Contact phone          Email address

**143065 GA**
Bar number and State

# United States Bankruptcy Court
## Northern District of Georgia

In re __Bron Media Holdings USA Corp__                                 Case No.
                         Debtor(s)                                      Chapter __15__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Bron Media Holdings USA Corp__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BRON Media Holdings USA Inc.**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 19, 2023** | **/s/ Cameron M. McCord** |
| Date | **Cameron M. McCord 143065** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Bron Media Holdings USA Corp** |
| | **Jones & Walden, LLC** |
| | **699 Piedmont Avenue NE** |
| | **Atlanta, GA 30308** |
| | **404-564-9300 Fax:404-564-9301** |
| | **info@joneswalden.com** |