UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>BRON Media Holdings USA Corp. *et al.*,[1]<br><br>Debtors. | Chapter 15<br><br>Case No.: 23-56798-pmb<br><br>Joint Administration Requested |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF <u>NOTICES AND PAPERS</u>

**PLEASE TAKE NOTICE** that Parker, Hudson, Rainer & Dobbs LLP hereby appears as counsel for Creative Wealth Media Finance Corp., Creative Wealth Media Lending Inc., and Creative Wealth Media Lending LP 2016 (collectively, "**Creative Wealth Media**"), and hereby requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and BLR 9010-4 of the Local Rules of the United States Bankruptcy Court for the Northern District of Georgia (the "**Local Rules**") that all notices given or required to be given and all papers served or required to be served in these cases also be given to and served at the following address:

---

[1] The other Debtors in these cases seeking joint administration are as follows: BRON Creative USA, Corp., Case No. 23-56799; BRON Digital USA, LLC, Case No. 23-56801; BRON Life USA Inc. f/k/a BRON Legacy USA Inc., Case No. 23-56802; BRON Releasing USA Inc., Case No. 23-56803; BRON Studios USA Inc., Case No. 23-56804; BRON Ventures 1, LLC, Case No. 23-56806; BRON Studios USA Developments Inc., Case No. 23- 56805; Bakhorma, LLC, Case No. 23-56807; Drunk Parents, LLC, Case No. 23-56808; Fables Holdings USA, LLC, Case No. 23-56809; Fables Productions USA Inc, Case No. 23-56810; Gossamer Holdings USA, LLC, Case No. 23-56811; Gossamer Productions USA Inc., Case No. 23-56812; Harry Haft Productions, Inc., Case No. 23-56813; Heavyweight Holdings, LLC f/k/a Harry Haft Films, LLC, Case No. 23-56815; I Am Pink Productions, LLC, Case No. 23-56817; Lucite Desk, LLC, Case No. 23-56818; National Anthem Holdings, LLC f/k/a BCDC Holdings, LLC, Case No. 23-56819; National Anthem ProdCo Inc., Case No. 23-56820; Oakland Pictures Holdings, LLC, Case No. 23-56821; Pathway Productions, LLC, Case No. 23-56823; Robin Hood Digital PC USA Inc., Case No. 23-56824;  Robin Hood Digital USA, LLC, Case No. 23-56825; Solitary Holdings USA, LLC, Case No. 23-56826; Surrounded Holdings USA LLC, Case No. 23-56827; Welcome To Me, LLC, Case No. 23-56828.

PARKER, HUDSON, RAINER & DOBBS LLP
Attn: Bryan E. Bates
303 Peachtree St NE
Suite 3600
Atlanta, GA 30308
Tel: (404) 420-4333
Email: bbates@phrd.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**"), the Bankruptcy Rules, and the Local Rules, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtors.  <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in this case</u>.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service of Notices and Papers* or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

2

Respectfully submitted: July 19, 2023

                                          **PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/Bryan E. Bates*
Bryan E. Bates (Georgia Bar No. 140856)
bbates@phrd.com
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 420-4333
Facsimile: (404) 522-8409

*Counsel for Creative Wealth Media Finance Corp., Creative Wealth Media Lending Inc., and Creative Wealth Media Lending LP 2016*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS** via CM/ECF to all parties entitled to such service.

Dated: July 19, 2023

                                         /s/*Bryan E. Bates*
Bryan E. Bates (Georgia Bar No. 140856)
bbates@phrd.com
**PARKER, HUDSON, RAINER & DOBBS LLP**
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 420-4333
Facsimile: (404) 522-8409

*Counsel for Creative Wealth Media Finance Corp., Creative Wealth Media Lending Inc., and Creative Wealth Media Lending LP 2016*

4