# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| In re: | Chapter 15 |
|---|---|
| BRON Creative USA, Corp. | Case No. 23-56799 |
| BRON Digital USA, LLC | Case No. 23-56801 |
| BRON Life USA Inc.  f/k/a BRON Legacy USA Inc. | Case No. 23-56802 |
| BRON Media Holdings USA Corp. | Case No. 23-56798 |
| BRON Releasing USA Inc. | Case No. 23-56803 |
| BRON Studios USA Inc. | Case No. 23-56804 |
| BRON Ventures 1, LLC | Case No. 23-56806 |
| BRON Studios USA Developments Inc. | Case No. 23- 56805 |
| Bakhorma, LLC | Case No. 23-56807 |
| Drunk Parents, LLC | Case No. 23-56808 |
| Fables Holdings USA, LLC | Case No. 23-56809 |
| Fables Productions USA Inc | Case No. 23-56810 |
| Gossamer Holdings USA, LLC | Case No. 23-56811 |
| Gossamer Productions USA Inc. | Case No. 23-56812 |
| Harry Haft Productions, Inc. | Case No. 23-56813 |
| Heavyweight Holdings, LLC f/k/a Harry Haft Films, LLC | Case No. 23-56815 |
| I Am Pink Productions, LLC | Case No. 23-56817 |
| Lucite Desk, LLC | Case No. 23-56818 |
| National Anthem Holdings, LLC f/k/a BCDC Holdings, LLC | Case No. 23-56819 |
| National Anthem ProdCo Inc. | Case No. 23-56820 |
| Oakland Pictures Holdings, LLC | Case No. 23-56821 |
| Pathway Productions, LLC | Case No. 23-56823 |
| Robin Hood Digital PC USA Inc. | Case No. 23-56824 |
| Robin Hood Digital USA, LLC | Case No. 23-56825 |
| Solitary Holdings USA, LLC | Case No. 23-56826 |
| Surrounded Holdings USA LLC | Case No. 23-56827 |
| Welcome To Me, LLC | Case No. 23-56828 |
| **Debtors in a Foreign Proceeding.** | **Joint Administration Requested.** |

## LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)

BRON Media Corp., in its capacity as the Canadian Court-appointed and authorized foreign representative (the "Foreign Representative") for the above-captioned debtors

(collectively, the "Debtors") which are the subjects of a reorganization proceeding (the "CCAA Proceeding") commenced before the Supreme Court of British Columbia (the "Canadian Court") under Canada's *Companies' Creditors Arrangement Act*, hereby files this list pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and states as follows:

1. **Parties Authorized to Administer Foreign Proceedings of the Debtors:**

In addition to the Foreign Representative, the Parties duly authorized as the foreign representative for the Debtors in the CCAA Proceeding in the Canadian Court are as follows (collectively with BRON Media Corp., the "Foreign Representatives"):

|     | **Debtor Company**                  | **Jurisdiction**  |
|-----|-------------------------------------|-------------------|
| 1.  | BRON Animation Inc.                 | British Columbia  |
| 2.  | BRON Creative Corp.                 | Ontario           |
| 3.  | BRON Developments Inc.              | British Columbia  |
| 4.  | BRON Media Corp.                    | British Columbia  |
| 5.  | BRON Media Holdings Intl. Corp.     | British Columbia  |
| 6.  | BRON Media Holdings USA Inc.        | British Columbia  |
| 7.  | BRON Releasing Inc.                 | British Columbia  |
| 8.  | BRON Studios Inc.                   | British Columbia  |
| 9.  | BRON Ventures 1 (Canada) Corp       | British Columbia  |
| 10. | BRON Everest Productions Inc.       | Ontario           |
| 11. | Fables Productions BC Inc.          | British Columbia  |
| 12. | Gossamer Productions BC Inc.        | British Columbia  |
| 13. | Hench 2 BC Productions Inc.         | British Columbia  |
| 14. | Henchmen Productions Inc.           | British Columbia  |
| 15. | Robin Hood Digital PC BC  Inc.      | British Columbia  |
| 16. | Windor Productions BC Inc.          | British Columbia  |

| 17. | BRON Creative USA, Corp. | Nevada |
|---|---|---|
| 18. | BRON Digital USA, LLC | Delaware |
| 19. | BRON Life USA Inc.  (BRON Legacy USA Inc.) | Delaware |
| 20. | BRON Media Holdings USA Corp. | Delaware |
| 21. | BRON Releasing USA Inc. | Delaware |
| 22. | BRON Studios USA Inc. | Nevada |
| 23. | BRON Ventures 1, LLC | Delaware |
| 24. | BRON Studios USA Developments Inc. | Nevada |
| 25. | Bakhorma, LLC | Washington |
| 26. | Drunk Parents, LLC | New York |
| 27. | Fables Holdings USA, LLC | Delaware |
| 28. | Fables Productions USA Inc | Delaware |
| 29. | Gossamer Holdings USA, LLC | Delaware |
| 30. | Gossamer Productions USA Inc. | Delaware |
| 31. | Harry Haft Productions, Inc. | New York |
| 32. | Heavyweight Holdings, LLC (previously Harry Haft Films, LLC) | Delaware |
| 33. | I Am Pink Productions, LLC | Delaware |
| 34. | Lucite Desk, LLC | Delaware |
| 35. | National Anthem Holdings, LLC (f. k. a. BCDC Holdings, LLC) | Delaware |
| 36. | National Anthem ProdCo Inc. | New Mexico |
| 37. | Oakland Pictures Holdings, LLC | Delaware |
| 38. | Pathway Productions, LLC | Delaware |
| 39. | Robin Hood Digital PC USA Inc. | Delaware |
| 40. | Robin Hood Digital USA, LLC | Delaware |

| 41. | Solitary Holdings USA, LLC | Delaware |
|---|---|---|
| 42. | Surrounded Holdings USA LLC | Delaware |
| 43. | Welcome to Me, LLC | California |

The Foreign Representatives believe that, other than the CCAA Proceeding, there are no other currently pending proceedings against the Debtors outside of the United States. The Foreign Representatives can be located at the following address 1700-Park Place, 666 Burrard Street, Vancouver, British Columbia, Canada.

**2.    Litigation Parties in the United States:**

The Foreign Representatives believe that other than these Chapter 15 cases, the following is the only currently pending proceeding against any of the Debtors within the United States:

| Plaintiff | Debtor Defendants | Date Initiated | Jurisdiction | Court File Number |
|---|---|---|---|---|
| Hudson Private LP | Bron Studios USA Inc. & Bron Creative USA Corp. | 10/7/2021 | U.S. District Court Southern District of New York (White Plains) | 7:21-cv-08259-CS |

**3.    Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519:**

A list of entities against whom provisional relief is sought is attached hereto as **Exhibit A**. The Foreign Representative also seeks provisional relief against plaintiffs and other parties in the aforesaid civil actions, if any, and protection of the Debtors' property and assets within the territorial jurisdiction of the United States.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

| | |
|---|---|
| Dated: July 20, 2023. | JONES & WALDEN LLC |
| | */s/ Cameron M. McCord* <br> Cameron McCord <br> Georgia Bar No. 143065 <br> Mark Gensburg <br> Georgia Bar No. 213119 <br> Attorneys for Debtors <br> 699 Piedmont Ave NE <br> Atlanta, Georgia 30308 <br> (678) 701-9235 <br> cmccord@joneswalden.com <br> mgensburg@joneswalden.com <br> *Counsel for Debtors and Foreign Representatives* |

**Exhibit A**

**Entities Against Whom Provisional Relief is Sought**

Case 23-56798-pmb    Doc 4    Filed 07/20/23    Entered 07/20/23 04:48:44    Desc Main
Document    Page 6 of 10

| Bron Studios USA | Creditor(s) | Street | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| | 11 WORLDWIDE LIMITED | 192-198 VAUXHALL BRIDGE ROAD | LONDON | | SW1V 1DX | UK |
| | ACADEMY FOUNDATION | 8949 WILSHIRE BOULEVARD | BEVERLY HILLS | CA | 90211 | USA |
| | ACCESS ONE, INC - 1815 | 820 W JACKSON, STE 650 | CHICAGO | IL | 60607 | USA |
| | ANNEX PRO INC | 1485 VENABLES ST | VANCOUVER | BC | V5L 2G1 | CANADA |
| | ANTHEM BLUE CROSS | PO BOX 51011 | LOS ANGELES | CA | 90051-5311 | USA |
| | AV SQUAD, LP | 101 S La Brea Ave | LOS ANGELES | CA | 90036 | USA |
| | BOIES SCHILLER FLEXNER LLP | 333 MAIN STREET | ARMONK | NY | 10504 | USA |
| | BRUNS BRENNAN & BERRY PLLC | 99 MADISON AVENUE, 5TH FLOOR | NEW YORK | NY | 10016 | USA |
| | CERIDIAN SMALL BUSINESS | 3311 E OLD SHAKOPEE RD | BLOOMINGTON | MN | 55425 | USA |
| | COMERICA | 2000 AVENUE OF THE STARS, 2ND FLOOR | LOS ANGELES | CA | 90067 | USA |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DRIVE | WILMINGTON | DE | 19808-1674 | USA |
| | DONALDSON CALLIF PEREZ, LLP | 5600 WEST ADAMS BOULEVARD SUITE 300 | LOS ANGELES | CA | 90016 | USA |
| | ELIANA SOKOLOFF-EXPENSE | | | | | |
| | EMILY CONNER | 625 BURLEIGH DR | PASADENA | CA | 91105 | USA |
| | EP GLOBAL PRODUCTION SOLUTIONS, LLC | PO BOX 741599 | LOS ANGELES | CA | 90074-1599 | USA |
| | FILM SOLUTIONS LLC | 1121 S FLOWER ST | BURBANK | CA | 91502 | USA |
| | FORMAGRID. INC dba AIRTABLE | 799 MARKET ST, FL 8 | SAN FRANCISCO | CA | 94103 | USA |
| | GABRIELA LARA | 11191 CORSICA COURT | RANCHO CUCAMONGA | CA | 91730 | USA |
| | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | 2049 CENTURY PARK EAST, SUITE 2600 | LOS ANGELES | CA | 90067 | USA |
| | HORSESHOE MEDIA LLC | 5657 BELLINGHAM AVE. | VALLEY VILLAGE | CA | 91607 | USA |
| | HUDSON PRIVATE LP C/O KEVIN FRITZ | 125 PARK AVENUE, 7TH FLOOR | NEW YORK | NY | 10017 | USA |
| | HYBRID STUDIO | 7505 W. 80th St. | LOS ANGELES | CA | 90045 | USA |
| | JOSH MILLER - EXPENSE | | | | | |
| | JRD ENTERPRISES, INC | 12136 SHERMAN WAY | N. HOLLYWOOD | CA | 91605 | USA |
| | KAUFF MCGUIRE & MARGOLIS LLP | 950 THIRD AVENUE, FOURTEENTH FLOOR | NEW YORK | NY | 10022 | USA |
| | KEN BARBOZA ASSOCIATES INC | 383 JEFFERSON AVE | RAHWAY | NJ | 07065 | USA |
| | KESTRA FINANCIAL, INC. | 5707 SOUTHWEST PARKWAY, BLDG 2, STE 400 | AUSTIN | TX | 78735 | |
| | KILPATRICK TOWNSEND & STOCKTON, LLP | 1100 PEACHTREE STREET NE, SUITE 2800 | ATLANTA | GA | 30309-4528 | USA |
| | KLEVAN LONGARZO VANCE BLUMENSAADT LLP | 10880 WILSHIRE BLVD. STE 905 | LOS ANGELES | CA | 90024 | USA |
| | KONICA MINOLTA PREMIER FINANCE | PO BOX 41602 | PHILADELPHIA | PA | 19101-1602 | USA |
| | MAPLE PLAZA, L.P. | 335-345 NORTH MAPLE DRIVE, Ste 294 | BEVERLY HILLS | CA | 90210 | USA |
| | MORRILARD LLC | 413 West 53rd Street | New York | NY | 10019 | USA |
| | MPRM, LLC | 5055 WILSHIRE BLVD, #501 | LOS ANGELES | CA | 90036 | USA |
| | O'MELVENY & MYERS LLP | 1999 AVENUE OF THE STARS | LOS ANGELES | CA | 90067-6035 | USA |
| | PATRICK MURRAY | 4278 SHERMAN OAKS AVE | SHERMAN OAKS | CA | 91403 | USA |
| | POWERLAND COMPUTERS LTD | 170 MARION ST | WINNIPEG | MB | R2H0T4 | CANADA |
| | PRICEWATER HOUSE COOPERS LLP | 18 YORK STREET, SUITE 2600 | TORONTO | ON | M5J0B2 | CANADA |
| | PUTNEY SWOPE MARKETING | 2416 W VICTORY BLVD #218 | BURBANK | CA | 91506 | USA |
| | ROSIE MENDEZ ASTUDILLO | 826 W. GLENOAKS BL. | GLENDALE | CA | 91202 | USA |
| | RSM CANADA LLP | 11 KING ST W #700 | TORONTO | ON | M5H 4C7 | CANADA |
| | SP PLUS CORPORATION-1006 | PO BOX 74007568 | CHICAGO | IL | 60674-7568 | USA |
| | SP PLUS CORPORATION-6947 | PO BOX 74007568 | CHICAGO | IL | 60674-7568 | USA |
| | SPROUT SOCIAL, INC. | 131 S DEARBORN ST. SUTIE 700 | CHICAGO | IL | 60603 | USA |
| | STAPLES BUSINESS CREDIT | PO BOX 105638 | ALTANT | GA | 30348-5638 | USA |
| | SUN LIFE ASSURANCE COMPANY OF CANADA-247225 | PO BOX 7247-0381 | PHILADELPHIA | PA | 19170-0381 | USA |
| | T ROWE PRICE RETIREMENT PLAN SERVICES | P.O BOX 64012 | BALTIMORE | MD | 21264-4012 | USA |
| | TFS LEASING A PROGRAM OF DE LAGE LANDEN | FINANCIAL SERVICES | PHILEDELPHIA | PA | 19101-1602 | USA |
| | THE ANGELL PENSION GROUP | 88 BOYD AVENUE | EAST PROVIDENCE | RI | 02914 | USA |
| | THE INDUSTRY EDGE, LLC | PO BOX 480004 | LOS ANGELES | CA | 90048 | USA |
| | THE WALL GROUP LONDON | 5TH FLOOR ARUNDEL STREET BUILDING, 180 THE STRAND | LONDON | | WC2R 3DA | UK |
| | TIER ONE MECHANICAL, INC | 18414 S. SANTA FE AVE | RANCHO DOMINGUEZ | CA | 90221 | USA |
| | WALDBERG INC. - THE REFINERY | 15301 VENTURA BLVD, D, SUITE 300 | SHERMAN OAKS | CA | 91403 | USA |
| | WENDY HELLER LAW, INC | 1800 CENTURY PARK EAST, SUITE 400 | LOS ANGELES | CA | 90067 | USA |

| | | 1821 30TH STREET, UNIT A | BOULDER | CO | 80301 | USA |
|---|---|---|---|---|---|---|
| | ZAYO GROUP LLC | 1821 30TH STREET, UNIT A | BOULDER | CO | 80301 | USA |
| | ZOOM VIDEO COMMUNICATIONS INC | PO BOX 398843 | SAN FRANCISCO | CA | 94139-8843 | USA |
| **Bron Digital** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | CERIDIAN | 3311 E OLD SHAKOPEE RD | BLOOMINGTON | MN | 55425 | USA |
| | DONALDSON CALLIF PEREZ | 400 SOUTH BEVERLY DRIVE | BEVERLY HILLS | CA | 90212 | USA |
| | STATE OF CONNECTICUT | PO BOX 5089 | HARTFORD | CT | 06102-5089 | USA |
| | SUNLIFE | P.O. BOX 7247-0381 | PHILADELPHIA | PA | 19170-0381 | USA |
| | JEWEL KINGDOM | 400 N. ROXBURY DRIVE | BEVERLY HILLS | CA | 90210 | USA |
| **Bron Releasing USA** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | BRON STUDIOS USA | 345 N Maple Dr #294 | BEVERLY HILLS | CA | 90210 | USA |
| | GARY MARENZI | | | | | |
| | SCREEN ENGINE/ASI, LLC | 1925 Century Park East, Suite 950 | LOS ANGELES | CA | 90067 | USA |
| | ALEJANDRO GARCIA PEREZ | 9255 Sunset Blvd., Suite 515 | West Hollywood | CA | 90069 | USA |
| | ROBERTO IACHETTA | | | | | |
| **Bron Studios Development USA** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | ROBERT OLEN BUTLER | | | | | |
| | LEO GOUT | 42 Ann Street, Apt. 7 | NEW YORK | NY | 10038 | USA |
| **Bron Creative USA Corp** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | BRON STUDIOS USA | 345 N Maple Dr #294 | BEVERLY HILLS | CA | 90210 | USA |
| | CREATIVE WEALTH MEDIA EQUITY FUND I LP | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | CREATIVE WEALTH MEDIA LENDING LP 2016 | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| **Bron Life** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | BRON STUDIOS USA | 345 N Maple Dr #294 | BEVERLY HILLS | CA | 90210 | USA |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| **Bron Ventures 1 LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | BRON STUDIOS USA | 345 N Maple Dr #294 | BEVERLY HILLS | CA | 90210 | USA |
| | ACCESS ROAD CAPITAL LLC | 258 Cedar Avenue | Hewlett | NY | 11557 | USA |
| | BIG BLOCK CAPITAL GROUP LLC | 75 Georgian CT | ROSLYN | NY | 11576 | USA |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| **Bron Media Holdings USA Corp** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | INTRINSIC PROPERTIES, LLC | 5 Mason Hill Road | Warren | NJ | 07059-6944 | USA |
| | O' MELVENY & MYERS LLP | 1999 AVENUE OF THE STARS, 8Th Floor | LOS ANGELES | CA | 90067-6035 | USA |
| **FABLES PRODS USA INC** | | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | ALISHA CRAWLEY-DAVIS | 16608 38TH AVE SE | BOTHELL | WA | 98012 | USA |
| | BARBOUR & COMPANY, INC. | W3233 ORCHARD AVENUE | GREEN LAKE | WI | 54941 | USA |
| | ENTERTAINMENT PARTNER SERVICES GROUP | 2950 N HOLLYWOOD WAY | BURBANK | CA | 91505 | USA |
| | EP HEALTH INSURANCE SOLUTIONS, LLC | P.O. BOX 7837 MC 0200 | BURBANK | CA | 91510 | USA |
| | FREDERICK GARDNER DESIGN | 636 ANSLEY WAY | ALLEN | TX | 75013 | USA |
| | MOXION LIMITED | 385 QUEEN STREET, LEVEL 4 | AUCKLAND | AUK | 1010 | New Zealand |
| | Pod Bay Doors, Inc | 4470 W. Sunset Blvd. | Los Angeles | CA | 90027 | USA |
| | SAG AFTRA HEALTH PLAN | 3601 W. OLIVE AVE. | BURBANK | CA | 91505 | USA |
| | UNITED AGENTS LLP | 12 - 26 LEXINGTON STREET | LONDON | | W1F 0LE | UK |
| **GOSSAMER PRODS USA, INC** | | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | COURTNEY ROSEMONT | 3212 LAUREL AVE | MANHATTAN BEACH | CA | 90266 | USA |
| | CREATIVE ARTIST AGENCY | 2000 AVENUE OF THE STARS | Los Angeles | CA | 90067 | USA |
| | CYD MUSIC LLC | 1 W MOUNTAIN STREET | PASADENA | CA | 91103 | USA |
| | EP HEALTH INSURANCE SOLUTIONS LLC | 2950 N. HOLLYWOOD WAY | BURBANK | CA | 91505 | USA |
| | EVERCAST EVERCAST LLC | 7373 E. DOUBLETREE RANCH RD SUITE 200 | SCOTTSDALE | AZ | 85258 | USA |
| | GOSSAMER PRODUCTIONS BC INC. | 5542 SHORT STREET | BURNABY | BC | V5J 1L9 | USA |
| | MARC GRAUE RECORDING STUDIOS INC. | 3421 W BURBANK BLVD | BURBANK | CA | 91505 | USA |
| | POSTMODERN COMPANY | 2710 WALNUT STREET | DENVER | CO | 80205 | USA |
| | SOUNDTRACK | 936 BROADWAY | NEW YORK | NY | 10010 | USA |
| **HARRY HAFT PRODUCTIONS, INC** | | **Street** | | **City** | **State** | **Zip Code** | **Country** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | THREE POINT CAPITAL, LLC | 2041 Rosecrans Ave, Suite 322 | El Segundo | CA | 90245 | USA |
| | ENTERTAINMENT PARTNERS | 2950 N. HOLLYWOOD WAY | BURBANK | CA | 91505 | USA |
| **I AM PINK PRODS, LLC** | | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | BMG RIGHTS MANAGEMENT (US) LLC | ONE PARK AVE, FLOOR 18 | NEW YORK | NY | 10016 | USA |
| | COMERICA | 2000 AVENUE OF THE STARS | Los Angeles | CA | 90067 | USA |
| | CONCORD MUSIC GROUP, INC. | 10 LEA AVENUE, SUITE 300 | NASHVILLE | TN | 37210 | USA |
| | CREATE MUSIC GROUP, INC. | 1320 N. WILTON PLACE | Los Angeles | CA | 90028 | USA |
| | DAEDREAM ENTERTAINMENT | 52 ST. SILAS HEIGHTS | ST. JAMES | | | BARBADOS |
| | DIRECTOR'S CHOICE VIDEO INC. | 6062 SHADYGLADE AVE | NORTH HOLLYWOOD | CA | 91606 | USA |
| | DMG CLEARNACES, INC | 7900 LANCASTER PIKE | HOCKESSIN | DE | 19707 | USA |
| | ENTERTAINMENT PARTNERS | 2950 N. HOLLYWOOD WAY | BURBANK | CA | 91505 | USA |
| | GOLDCREST POST PRODUCTIONS LTD | 799 WASHINGTON STREET | NEW YORK | NY | 10014 | USA |
| | HIPGNOSIS SONGS GROUP, LLC | PO BOX 260800 | ENCINO | CA | 91426 | USA |
| | RHINO ENTERTAINMENT COMPANY | 777 SOUTH SANTA FE AVENUE | Los Angeles | CA | 90021 | USA |
| | SONY MUSIC ENTERTAINMENT | 25 MADISON AVENUE | NEW YORK | NY | 10010 | USA |
| | SOUTHERN MUSIC PUBLISHING CO., INC. | 901 W. ALAMEDA AVE., SUITE 108 | BURBANK | CA | 91506 | USA |
| | THE ADMINISTRATION MP, INC | 700 12TH AVENUE SOUTH SUITE 201 | NASHVILLE | TN | 37203 | USA |
| | ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC | 137 WEST 25TH ST. FL 10 | NEW YORK | NY | 10001 | USA |
| | UNIVERSAL MUSIC CORPORATION | 2100 COLORADO AVENUE | SANTA MONICA | CA | 90404 | USA |
| | WALT DISNEY MUSIC COMPANY | 5000 SOUTH BUENA VISTA STREET | BURBANK | CA | 91521 | USA |
| | XTATIK LIMITED | 39 GORDON STREET | PORT OF SPAIN | | | TRINIDAD AND TOBAGO |
| **NATIONAL ANTHEM PRODS INC** | | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | 42WEST, LLC | 150 ALHAMBRA CIRCLE, SUITE 1200 | **CORAL GABLES** | FL | 33134 | USA |
| | BANK ROBBER MUSIC, LLC | 2630 ELM HILL PIKE #125 | NASHVILLE | TN | 37214 | USA |
| | CAPTIONMAX LLC | 275 MARKET STREET | MINNEAPOLIS | MN | 55405 | USA |
| | COLOR COLLECTIVE LLC | PO BOX 573 | KAUNEONGA LAKE | NY | 12749 | USA |
| | CONCORD MUSIC GROUP, INC. | 10 LEA AVENUE, SUITE 300 | NASHVILLE | TN | 37210 | USA |
| | DOWNTOWN MUSIC PUBLISHING, LLC | FORT ANNE | DOUGLAS | FO | 1M1 5PD | ISLE OF MAN |
| | FORMOSA MUSIC GROUP | 1132 Vine Street | Los Angeles | CA | 90038 | USA |
| | FORSTER MUSIC PUBLISHER, INC | 5309 W DEVON AVE | CHICAGO | IL | 60646 | USA |
| | H.W. DAILY INC | 4057 RILEY FUZZEL RD. #500 | SPRING | TX | 77386 | USA |
| | HIPGNOSIS SONGS GROUP, LLC | PO BOX 260800 | ENCINO | CA | 91426 | USA |
| | JOEY IAN NOE | 4011 ARMORY OAKS DR | NASHVILLE | TN | 37204 | USA |
| | RESERVOIR MEDIA MANAGEMENT INC | 200 VARICK STREET, SUITE 801A | NEW YORK | NY | 10014 | USA |
| | REVELS, INC. | 80 MT AUBURN ST | WATERTOWN | MA | 02472 | USA |
| | RHINO ENTERTAINMENT COMPANY | 777 SANTA FE AVE | Los Angeles | CA | 90021 | USA |
| | SONY MUSIC ENTERTAINMENT | 25 MADISON AVENUE | NEW YORK | NY | 10010 | USA |
| | SONY MUSIC PUBLISHING (US) LLC | MSC 410768 | NASHVILLE | TN | 37241-0768 | USA |
| | STEPBRIDGE STUDIOS | 528 JOSE STREET | SANTA FE | NM | 87501 | USA |
| | TYROLIS HANDELS-GMBH | MEILSTRABE 46 | ZIRL | 7 | 6170 | AUSTRIA |
| | UNIVERSAL MUSIC PUBLISHING GROUP | 7475 COLLECTIONS CENTER DRIVE | CHICAGO | IL | 60693 | USA |
| | WIXEN MUSIC PUBLISHING, INC | 24025 PARK SORRENTO, SUITE 130 | CALABASAS | CA | 91302 | USA |
| **NATIONAL ANTHEM HOLDINGS, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | CREATIVE WEALTH MEDIA LENDING LP 2016 | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | THREE POINT CAPITAL, LLC | 2041 Rosecrans Ave, Suite 322 | El Segundo | CA | 90245 | USA |
| **ROBIN HOOD DIGITAL PC USA, INC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | AEON MEDIA, INC | 01 N 3rd St Ste 150 | MINNEAPOLIS | MN | 55401 | USA |
| | ENTERTAINMENT PARTNERS, LLC | 2950 N. HOLLYWOOD WAY | BURBANK | CA | 91505 | USA |
| | EP HEALTH INSURANCE SOLUTIONS LLC | 2950 N. HOLLYWOOD WAY | BURBANK | CA | 91510 | USA |
| | EPIC GAMES, INC | 620 Crossroads Boulevard | CARY | NC | 27518 | USA |
| | FRONT ROW INSURANCE VANCOUVER | 1788 W Broadway Suite 801 | VANCOUVER | BC | V6J 1Y1 | CANADA |
| | JAMES BURTON | | | | | |
| | MARC GRAUE RECORDING STUDIOS INC. | 3421 W BURBANK BLVD | BURBANK | CA | 91505 | USA |
| | MOXION LIMITED | 385 QUEEN STREET, LEVEL 4 | AUCKLAND | AUK | 1010 | |

| | ROBIN HOOD DIGITAL USA LLC | | | | | |
|---|---|---|---|---|---|---|
| | SOUND LOUNGE LLC | 149 5TH Ave FL 1 | **NEW YORK** | NY | **10010-6818** | USA |
| **ROBIN HOOD DIGITAL USA, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | DEBBIE PATRICK | 201 St Charles Ave, Suite 4300 | New Orleans | LA | 70170 | USA |
| | GARY SOLOMON | 1100 POYDRAS STREE SUITE 100 | New Orleans | LA | 70163 | USA |
| | PATRICK PRENTISS | 1401 EXPOSITION BLVD | New Orleans | LA | 70118 | USA |
| **SURROUNDED PRODS USA INC** | | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | **BRAUER & CO** | PO BOX 9274 | **CALABASAS** | CA | **91372** | USA |
| | **ENTERTAINMENT PARTNERS** | 2950 N. HOLLYWOOD WAY | **BURBANK** | CA | **91505** | USA |
| | **THE HERTZ CORPORATION** | PO BOX 121056 | **DALLAS** | TX | **75312-1056** | USA |
| **BAKHORMA, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | BRON STUDIOS USA INC | 345 N. MAPLE DRIVE, SUITE 294 | Beverly Hills | CA | 90210 | USA |
| **DRUNK PARENTS, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| **FABLES HOLDINGS USA, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | **TPC LENDING & SERVICES, LLC** | 2041 Rosecrans Ave, Suite 322 | El Segundo | CA | 90245 | USA |
| **GOSSAMER HOLDINGS USA, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | CHENG FAMILY ASSET MANAGEMENT, LLC | 1731 HOLT AVENUE | LOS ALTOS | CA | 94024 | USA |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | FOUR J FAMILY LLC | P.O. BOX 5919 | BUFFALO GROVE | IL | 60089 | USA |
| **HEAVYWEIGHT HOLDINGS, LLC (HARRY H** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | BRON STUDIOS USA INC | 345 N. MAPLE DRIVE, SUITE 294 | Beverly Hills | CA | 90210 | USA |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | CREATIVE WEALTH MEDIA LENDING LP 2016 | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| **LUCITE DESK, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | ANNAPURNA | 812 N Robertson Blvd | WEST HOLLYWOOD | CA | 90069 | USA |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| | CREATIVE WEALTH MEDIA LENDING LP 2016 | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| **PATHWAY PRODUCTIONS, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | CREATIVE WEALTH MEDIA FINANCE CORP. | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| **SOLITARY HOLDINGS USA, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | ACCESS ROAD CAPITAL LLC | 258 Cedar Avenue | Hewlett | NY | 11557 | USA |
| | CREATIVE WEALTH MEDIA LENDING LP 2016 | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| **SURROUNDED HOLDINGS USA LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | CREATIVE WEALTH MEDIA LENDING LP 2016 | 151 BLOOR STREET WEST, SUITE 700 | TORONTO | ON | M5S 1S4 | CANADA |
| **WELCOME TO ME, LLC** | **Creditor(s)** | **Street** | **City** | **State** | **Zip Code** | **Country** |
| | BRON RELEASING INC. | 5542 SHORT ST | BURNABY | BC | V5J 1L9 | CANADA |
| | BRON STUDIOS USA INC | 345 N. MAPLE DRIVE, SUITE 294 | Beverly Hills | CA | 90210 | USA |
| | HERETIC FILMS MEZZANINE LOAN | 401 N. TARRAGONA STREET | PENSACOLA | FL | 32501 | USA |
| | RAYMONDS CAPITAL, LLC | 5 Mason Hill Road | Warren | NJ | 07059-6499 | USA |